

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-18-00213-CR

_____

IN RE ROBERT LYNN MCCARVER

_____

Original Mandamus Proceeding

_____

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

# M E M O R A N D U M   O P I N I O N

Robert Lynn McCarver, proceeding pro se, has filed a petition for writ of mandamus asking this Court to direct Val Varley, the Red River County District Attorney, and Gary Young, the Lamar County District Attorney, to produce to him the grand jury transcripts and their prosecutor's file related to his prior criminal conviction and to direct Dan Meehan, his former court-appointed attorney, to produce to him his defense file related to the same criminal conviction. We will deny his petition.

This Court has limited mandamus jurisdiction, which is limited to issuing a writ of mandamus against a judge of a district, statutory county, statutory probate, or county court, a judge acting as a magistrate in a court of inquiry, and an associate judge of a district or county court, when they are within our court of appeals district. TEX. GOV'T CODE ANN. § 22.221(b) (West Supp. 2018). Our jurisdiction does not extend to other parties, such as a district attorney or a private individual, unless such mandamus relief would be necessary to enforce our jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a) (West Supp. 2018).

Since the relief requested by McCarver is not necessary to enforce our jurisdiction, we must deny his petition for writ of mandamus.

 

 

Josh R. Morriss III
Chief Justice


Date Submitted:     January 3, 2019
Date Decided:      January 4, 2019


Do Not Publish